IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH SMITH<br>　　　　Plaintiff<br>　v.<br>HCSC-BLOOD CENTER, INC. doing<br>business as MILLER-KEYSTONE<br>BLOOD CENTER and MILLER-KEYSTONE<br>BLOOD CENTER<br>　　　　Defendants | CIVIL ACTION NO. 09-220 |

## ORDER

**AND NOW**, this 18th day of May, 2010, upon consideration of the letters of the parties; after a May 17, 2010 telephone conference on the record with all counsel regarding the discovery issues raised by these letters; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that counsel for plaintiff shall be permitted to attend the independent medical examinations of plaintiff on May 19, 2010. Counsel for plaintiff shall not be present during the administration of any psychological testing.

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall be permitted to personally audio tape the independent medical examinations of the plaintiff.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge