IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH SMITH<br>        Plaintiff<br>  v.<br>HCSC-BLOOD CENTER, INC. doing business as MILLER-KEYSTONE BLOOD CENTER and MILLER-KEYSTONE BLOOD CENTER<br>        Defendants | CIVIL ACTION NO. 09-220 |

## ORDER

**AND NOW**, this 18th day of October, 2010, upon consideration of Defendants' Motion for Protective Order and to Quash Plaintiff's Subpoenas to Defense Experts Dr. Perez and Dr. Steiner (Dkt. No. 95) filed September 7, 2010; upon consideration of Plaintiff's Brief Contra Defendants' Motion for Protective Order and to Quash Plaintiff's Subpoenas to Defense Experts Dr. Perez and Dr. Steiner (Dkt. No. 99) filed September 15, 2010; upon consideration of Defendants' Reply Brief in Support of Their Motion for Protective Order and to Quash Plaintiff's Subpoenas to Defense Experts Dr. Perez and Dr. Steiner (Dkt. No. 103) filed September 22, 2010; and for the reasons expressed in the foregoing Memorandum,

      **IT IS ORDERED** that defendants' motion to quash is **DENIED**.

      **IT IS FURTHER ORDERED** that defendants' motion for protective order is **GRANTED**.

                                          BY THE COURT:

                                          */s/ Henry S. Perkin*
                                          HENRY S. PERKIN,
                                          United States Magistrate Judge